Matter of Ellis (2026 NY Slip Op 00050)

Matter of Ellis

2026 NY Slip Op 00050

Decided on January 8, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:January 8, 2026

PM-05-26
[*1]In the Matter of Deborah Anne Ellis, an Attorney. (Attorney Registration No. 1891506.)

Calendar Date:December 29, 2025

Before:Reynolds Fitzgerald, J.P., Ceresia, Fisher, McShan and Mackey, JJ.

Deborah Anne Ellis, Upper Montclair, New Jersey, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Deborah Anne Ellis was admitted to practice by this Court in 1983 and lists a business address in Upper Montclair, New Jersey with the Office of Court Administration. Ellis now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Ellis' application.
Upon reading Ellis' affidavit sworn to November 18, 2025 and filed November 21, 2025, and upon reading the December 23, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Ellis is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Reynolds Fitzgerald, J.P., Ceresia, Fisher, McShan and Mackey, JJ., concur.
ORDERED that Deborah Anne Ellis' application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Deborah Anne Ellis' name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Deborah Anne Ellis is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Ellis is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Deborah Anne Ellis shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.